UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

       Plaintiff,

v.                                                                  **ORDER**
                                                                    Criminal No. 12-299 (MJD/LIB)

William Robert Upshaw,

       Defendant.

_____

The above-entitled matter comes before the Court on Defendant's

objections to the Report and Recommendation of Magistrate Judge Leo I. Brisbois

dated February 5, 2013.  Defendant objects to the legal conclusions set forth in the

Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review of the

record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based on that review, the Court

will adopt the Report and Recommendation in its entirety.  Accordingly,

IT IS HEREBY ORDERED that:

1.      Defendant's Motion to Suppress Evidence Obtained as a Result of

        Search and Seizure [Doc. No. 12] is **DENIED**; and

2.    Defendant's Motion to Suppress Statements, Admissions and

Answers [Doc. No. 13] is **DENIED**.

Date:   March 18, 2013


                        s/ Michael J. Davis
                        Michael J. Davis
                        Chief Judge
                        United States District Court